FRANNY A. FORSMAN
Federal Public Defender
Nevada State Bar No. 00014
RAQUEL LAZO
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN FAMADOR ,<br>Defendant. | Case No.: 2:10-cr-379-PMP-PAL<br><br>**MOTION FOR RETURN OF PASSPORT** |

COMES NOW, Raquel Lazo, Assistant Federal Public Defender, counsel for ALAN FAMADOR, and respectfully requests the return of his passport. This request is made based on the following reasons:

1. On June 21, 2010, Mr. Famador made his initial appearance. Mr. Famador was released on a Personal Recognizance Bond (#13) on the condition that he surrender his passport. He was not placed on pretrial supervision.

2. On February 3, 2011 Mr. Famador was adjudicated guilty of Theft of Mail and Obstruction of Correspondence. He was sentenced to two (2) years probation, as to each count, to run concurrently. See Judgment (#23). His bond was also exonerated.

3. Mr. Famador has attempted to get back his passport from Pretrial Services. He would like to have it in the event that he needs to travel to Phillipines, where the majority of his family resides.

4. Pretrial Services has notified defense counsel that an order from the court is necessary

before they can relinquish the passport back to Mr. Famador.

5. Mr. Famador respectfully requests that this court enter an order requiring Pretrial Services to return his passport.

DATED this the 22nd day of February, 2011.

                                               FRANNY A. FORSMAN
                                               Federal Public Defender

                                                */s/ Raquel Lazo*
                                             By:_____
                                                    RAQUEL LAZO,
                                                    Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN FAMADOR,<br><br>Defendant. | Case No.: 2:10-cr-379-PMP-PAL<br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED, that Pre-Trial Services is to return Mr. Famador's Passport to him.

DATED _ 14th day of March, 2011.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

3